```
1   SAGASER, JONES & HELSLEY
    2445 Capitol Street, 2nd Floor
2   Post Office Box 1632
    Fresno, California 93717-1632
3   Telephone: (559) 233-4800
    Facsimile: (559) 233-9330
4

5   Howard A. Sagaser, #027492
    Scott D. Laird, #190122
6

7   Attorneys for:      Defendant, FRESNO ROCK TACO, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RED HEAD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO ROCK TACO, LLC a California limited liability company, and DOES 1-10,<br><br>Defendant. | Case No. CV08-5703 EMC<br><br>**(Proposed) ORDER GRANTING ADMINISTRATIVE APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: December 31, 2008<br>Time: 9:30 a.m.<br>Dept: C, 15th Floor<br>Judge: Edward M. Chen |

This Court, having considered the Administrative Application to File Documents Under Seal of Defendant, as well as the pleadings and papers on file herein, hereby grants Defendant's Motion.

IT IS THREFORE ORDERED as follows: Pursuant to Local Rule 7-95, the below indicated documents shall be filed under seal:

1. The License Agreement as Exhibit "A" to the Milt Barbis' Declaration and selected portions of the Milt Barbis' Declaration.

///

///

///

{8110/107/00232477.DOC}    1

(Proposed) ORDER GRANTING ADMINISTRATIVE APPLICATION TO FILE DOCUMENTS UNDER SEAL

|   |   |   |
|---|---|---|
| 1 | 2. | Selected portions of the Response filed by Defendant. |
| 2 | 3. | Exhibit "A" to the Declaration of Hal Bolen. |
| 3 | IT IS SO ORDERED. | |

DATED: December 31, 2008

_____
Judge of the United States

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

{8110/107/00232477.DOC}  2

(Proposed) ORDER GRANTING ADMINSTRATIVE APPLICATION TO FILE DOCUMENTS UNDER SEAL