JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
CARLA MENINSKY (Bar No. 233470) cxm@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Plaintiff Red Head, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Red Head, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fresno Rock Taco, LLC, a California limited liability company, and DOES 1-10,<br><br>Defendant. | CASE NO. C08-5703 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Date:<br>Time:<br>Dept: C, 15th Floor<br>Judge: Hon. Edward M. Chen |

1  This Stipulation for Extension of Time to File Response to Complaint (the
2  "Stipulation") is made by and between Plaintiff Red Head, Inc. and Defendant Fresno Rock Taco,
3  LLC pursuant to Local Rule 6-1. The Parties each stipulate and agree as follows:

### RECITALS

WHEREAS plaintiff Red Head, Inc. filed its complaint on December 22, 2008 and served defendant Fresno Rock Taco, LLC with the summons and complaint on January 5, 2009;

WHEREAS pursuant to Fed. Rule of Civ. Proc. § 12(a) defendant's response to the complaint is due January 26, 2009;

WHEREAS defendant has requested an extension of time to February 18, 2009 to file its response;

WHEREAS plaintiff agreed to the extension provided defendant agreed to the following two conditions:

(i) defendant shall not request a further extension of time to respond; and

(ii) pursuant to Fed. Rule of Civ. Proc. § 26(d), which provides that parties may seek discovery prior to the Rule 26(f) conference upon stipulation, the parties shall commence written discovery immediately;

WHEREAS, pursuant to Local Rule 6-1 this extension of time will not alter any event or deadline already fixed by the Court.

### STIPULATION

WHEREFORE, the Parties AGREE and STIPULATE as follows:

(1) Defendant has until February 18, 2009 to respond to the complaint;

(2) Defendant will not request a further extension of time to respond; and

(3) The parties shall commence written discovery immediately.

PRINTED ON
RECYCLED PAPER

818838v1

STIP TO EXTEND TIME TO RESPOND
CASE NO. CV:08-5703 EMC

DATED: January 22, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR
CARLA MENINSKY

By: _____
JAMES WESLEY KINNEAR
Attorneys for Plaintiff RED HEAD, INC.

DATED: January 22, 2009

SAGASER, JONES & HELSLEY
HOWARD A. SAGASER
SCOTT D. LAIRD

By: _____
SCOTT D. LAIRD
Attorneys for Defendant FRESNO ROCK TACO, LLC

### [PROPOSED] ORDER

The Court, having reviewed the Stipulation and good cause appearing:

IT IS SO ORDERED.

DATED: January 23, 2009

_____
Judge of the United States District Court