1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JAMES WESLEY KINNEAR (Bar No. 124771) jwk@jmbm.com
2  CARLA MENINSKY (Bar No. 233470) cxm@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone: (415) 398-8080
4  Facsimile: (415) 398-5584

5  Attorneys for Plaintiff RED HEAD, INC.

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | Red Head, Inc., a California corporation, | CASE NO. C08-5703 EMC |
|---|---|
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| Fresno Rock Taco, LLC, a California limited liability company, and DOES 1-10, | Date:<br>Time:<br>Dept: C, 15th Floor<br>Judge: Hon. Edward M. Chen |
| Defendant. | |

17     This Stipulation for Extension of Time to File Response to Complaint (the

18 "Stipulation") is made by and between Plaintiff Red Head, Inc. and Defendant Fresno Rock Taco,

19 LLC pursuant to Local Rule 6-1. The Parties each stipulate and agree as follows:

20                              **RECITALS**

21     WHEREAS plaintiff Red Head, Inc. filed its complaint on December 22, 2008 and

22 served defendant Fresno Rock Taco, LLC with the summons and complaint on January 5, 2009;

23     WHEREAS pursuant to Local Rule 6-1, the parties' January 22, 2009 Stipulation,

24 and the Court's January 23, 2009 Order, defendant was granted an extension of time to February 18,

25 2009 to file its response to the complaint;

26     WHEREAS in order to facilitate settlement negotiations, the parties have stipulated

27 and agreed to a second extension of extend time to March 4, 2009 for defendant to respond to the

28 complaint;

1   WHEREAS, pursuant to Local Rule 6-1 this second extension of time will not alter

2   any event or deadline already fixed by the Court.

3   **STIPULATION**

4   WHEREFORE, the Parties AGREE and STIPULATE as follows:

5   (1) Defendant has until March 4, 2009 to respond to the complaint.

7   DATED: February 18, 2009     JEFFER, MANGELS, BUTLER & MARMARO LLP
                                 JAMES WESLEY KINNEAR
8                                CARLA MENINSKY

10                               By: /s/ Carla Meninsky
                                      CARLA MENINSKY
11                               Attorneys for Plaintiff RED HEAD, INC.

12  DATED: February 18, 2009     SAGASER, JONES & HELSLEY
                                 HOWARD A. SAGASER
13                               SCOTT D. LAIRD

15                               By: /s/ Scott D. Laird
                                      SCOTT D. LAIRD
16                               Attorneys for Defendant FRESNO ROCK TACO, LLC

17  **[~~PROPOSED~~] ORDER**

18  The Court, having reviewed the Stipulation and good cause appearing:

19  IT IS SO ORDERED.

21  DATED: February 19, 2009

22                               Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

825606v1                         - 2 -    2ND STIP TO EXTEND TIME TO RESPOND
                                          CASE NO. CV:08-5703 EMC