UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED HEAD, INC., | No. C-08-5703 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED** |
| FRESNO ROCK TACO, LLC, | |
| Defendant. | **(Docket No. 53)** |
| _____/ | |

    Plaintiff has filed an administrative motion, asking that the Court deem a case, which is currently pending in the Eastern District of California, related to the above-referenced case. Plaintiff relies on Civil Local Rule 3-12 as a basis for this Court to deem the cases related. However, Civil Local Rule 3-12 applies only when *both* cases are in this District. *See* Civ. L.R. 3-12(b) (providing that, "[w]henever a party knows or learns that an action, *filed in or removed to this district* is . . . related to an action which is or was *pending in this District* . . . , the party must promptly file . . . an Administrative Motion to Consider Whether Cases Should be Related") (emphasis added). Accordingly, Plaintiff's request to relate is **DENIED** without prejudice.

    This order disposes of Docket No. 53.

    IT IS SO ORDERED.

Dated: November 23, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge